# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Raymond Dimitri Mattia**<br>DOB: 1965; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**07-02427M** |

Complaint for violation of Title 18 United States Code § 2250(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about December 17, 2007, at Tucson, in the District of Arizona, the defendant, **Raymond Dimitri Mattia**, having previously been convicted of violating Tohono O'Odham criminal code Chapter 9, Section 9.3A, Sexual Conduct with a Minor (Statutory Rape) in case number CR01-225-93, on May 7, 1993, in Tohono O'Odham Nation Court in Sells, Arizona, in the District of Arizona, which required him to register and maintain current registration as a sex offender, did knowingly fail to register and update a registration as required by the Sex Offender and Notification Act, in violation of Title 18, United States Code, Section 2250(a).

LODGED
RECEIVED _____ COPY

DEC 1 8 2007

CLERK U.S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On May 7, 1993, Raymond Mattia was convicted in the Judicial Court of the Tohono O'Odham Nation of violating Tohono O'Odham criminal code Chapter 9, Section 9.3A, Sexual Conduct with a Minor (Statutory Rape) in case number CR01-225-93. He is required to register as a sex offender on the Tohono O'Odham Nation for life. Mattia is also required to register with the sheriff of the county in which he resides in Arizona for life. He has never registered with the Pima County Sheriff's Department. He previously registered as a sex offender on the Tohono O'Odham Nation on July 27, 2007. At that time, he was advised by the Tohono O'Odham Police Department of his requirement to register with the Pima County Sheriff's Department and update his registration if he ever changed his residence. Additionally, Mattia signed the Tohono O'Odham Nation Police Sex Offender Registration form detailing his requirement to notify the Tohono O'Odham Police Department within ten days prior to moving. On November 28, 2007, the Tohono O'Odham Police Department determined Mattia was no longer living at his registered address located in Menangers' Dam Village on the Tohono O'Odham Nation in Pima County, Arizona and was listed as an absconder. It has been determined Mattia is residing and working in Morenci, Arizona and has not updated his registration with the Tohono O'Odham Police Department or the Greenlee County Sheriff's Department. All this is in violation of Title 18, United States Code, Section 2250(a), Failure to Register as a Sex Offender.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

Detention Recommended

Being duly Recommend sworn, I declare that the foregoing is true and correct to the best of my knowledge.
AUTHORIZED BY: AUSA _____

Sworn to before me and subscribed in my presence.

SIGNATURE OF MAGISTRATE JUDGE _____

SIGNATURE OF COMPLAINANT (official title)
_____
OFFICIAL TITLE
Deputy U.S. Marshall Thomas Henman

DATE
December 18, 2007

1) See Federal rules of Criminal Procedure Rules 3 and 54