1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-08-00081-001-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Raymond Dimitri Mattia, | |
| Defendant. | |

Defendant having filed a Motion to Vacate Conviction under SORNA, and there being no objection by counsel for the government, and good cause appearing,

IT IS ORDERED the motion (Doc. 48) is granted.  The conviction of Raymond Dimitri Mattia is hereby set aside.

Dated this 1st day of July, 2014.


David C. Bury
United States District Judge